UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO CORNEJO JR.,<br><br>Plaintiff(s),<br>v.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C26-2046-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

This matter comes before the Court on the parties' stipulated motion to dismiss. Dkt. No. 11. Having reviewed the motion, and finding good cause, the Court GRANTS the motion and ORDERS that this case is DISMISSED with prejudice and without costs or fees to any party.

Dated this 16th day of October, 2026.

Kymberly K. Evanson
United States District Judge